**AND NOW,** this 23rd day of June, 2008, the Petition for Allowance of Appeal is deemed a Petition for Review, and **DENIED.**

Francis J. NELSON, Jr., Petitioner

v.

Allen L. ROTHENBERG, Respondent.

No. 185 EM 2007.

Supreme Court of Pennsylvania.

June 24, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of June, 2008, the Petition for Review is hereby **DENIED.**

COMMONWEALTH of Pennsylvania,
Respondent

v.

Neal Lamont PATTON, Petitioner.

Supreme Court of Pennsylvania.

June 27, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 27th day of June, 2008, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

Whether the *per se* rule of *DeJesus* applies in non-capital cases; if not, was the within request improper and prejudicial?

Tyrone BURGESS, Petitioner

v.

Thomas CORBETT, Attorney General for the Commonwealth of Pennsylvania, James T. Wynder, Superintendent at SCI–Dallas, 1000 Follies Road Dallas, PA 18612, Respondents.

Supreme Court of Pennsylvania.

July 8, 2008.

## ORDER

PER CURIAM.

AND NOW, this 8th day of July, 2008, the Application to File Original Process is Granted; the Petition for Writ of Habeas Corpus is Denied.